74

Hale WAGERS, Appellant,

v.

B. F. WHITE et al., Appellees.

Court of Appeals of Kentucky.

March 18, 1955.

Rehearing Denied May 13, 1955.

T. T. Burchell, Manchester, for appellant.

Lyttle & White, Manchester, for appellees.

PER CURIAM.

Motion for an appeal from a judgment of the Clay Circuit Court dismissing the complaint seeking damages for alleged trespass. The facts, questions raised, authorities cited and applicable law have been carefully considered by the court, and we find no prejudicial error.

The motion for an appeal is overruled, and the judgment is affirmed.